IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CASEY JURGELEVICIUS, on behalf of herself and others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>PINE TAVERN, INC., individually; CLAGS INC. d/b/a PINE TAVERN; LUIGI BONGIOVI, individually; GIUSEPPE BONGIOVI, individually<br><br>Defendants. | Civil Action No. 3:21-cv-01588-ZNQ-LHG<br><br>ORDER |

**THIS MATTER** having been brought before the Court by Hill Wallack LLP, attorneys for Plaintiffs, in the presence of David Tango, Esq., counsel for Defendants, seeking entry of an Order approving the negotiated settlement agreements in accordance with the Fair Labor Standards Act (the "FLSA Settlement Agreements") [27] and the Court having read and considered the moving, opposing and reply papers, if any, and having heard argument of counsel, if any, and for good cause shown:

**IT IS** on this 2nd day of May, 2022, **ORDERED**:

a. The FLSA Settlement Agreements are APPROVED; and

b. Hill Wallack LLP shall receive a total sum of THIRTY THOUSAND FIVE HUNDRED SEVENTY-SEVEN DOLLARS AND SEVENTY-FOUR CENTS ($30,577.74) for its fees and costs.

c. The Clerk's Office is instructed to mark the case closed.

_____
Lois H. Goodman, U.S.M.J.